**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **LOUIS VASSALLO, PATRICK KERR** | § | |
| **TIMOTHY GREER, ERIC BELL and** | § | |
| **HALL, CAROL MEADOWS, JAMIE** | § | |
| **AARON KANDLER, on Behalf of ,** | § | |
| **Themselves and All Others Similarly** | § | |
| **Situated** | § | **No.  4:15CV97** |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **GOODMAN NETWORKS, INC.** | § | |
| **Defendant** | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this

matter having been referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On

May 20, 2015, the report of the Magistrate Judge was entered, containing proposed findings of fact

and recommendations that Plaintiffs' First Amended Motion to Conditionally Certify Collective

Action [Doc. #33] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto

having been timely filed, this Court is of the opinion the findings and conclusions of the Magistrate

Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the

Court.

Accordingly, it is

1

**ORDERED** that Plaintiffs' First Amended Motion to Conditionally Certify Collective Action [Doc. #33] is **GRANTED**.

So **ORDERED** and **SIGNED** this **16** day of **June, 2015.**

_____
Ron Clark, United States District Judge