# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| LOUIS VASSALLO, PATRICK KERR, | § | |
| TIMOTHY GREER, ERIC BELL, AARON | § | |
| KANDLER, FREDRICK HAWKINS, and | § | |
| RODRICK COLE on Behalf of Themselves | § | |
| and All Others Similarly Situated, | § | |
| | § | |
| Plaintiffs, | § | CASE NO. 4:15-cv-00097-RC-CMC |
| | § | |
| v. | § | |
| | § | |
| GOODMAN NETWORKS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Parties' Joint Motion to Stay Proceedings. After reviewing the motion, the Court is of the opinion that the Parties' motion (Dkt. No. 135) should be **GRANTED**.

It is therefore **ORDERED** that the deadlines in this case are stayed until the Court has ruled on the Parties' motion to review and approve their settlement agreement.

**SIGNED this 25th day of August, 2016.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE